

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-22-00371-CV

IN THE INTEREST OF C.W., A CHILD

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 095964-E-FM, Honorable Carry Baker, Associate Judge Presiding

January 24, 2023

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, S.E., appeals from the trial court's *Order of Termination*, terminating his parental rights to his child, C.W. We dismiss the untimely appeal for want of jurisdiction.

The trial court signed the *Order of Termination* on September 22, 2022. *See* TEX. FAM. CODE ANN. § 201.2041(a). A notice of appeal was, therefore, due within twenty days after the order was signed, by October 12, 2022. *See* TEX. R. APP. P. 26.1(b), 28.4(a). S.E. did not file a notice of appeal, however, until December 19, 2022.

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997).

Notwithstanding that the Texas Supreme Court has directed us to construe the Rules of Appellate Procedure reasonably and liberally so that the right of appeal is not lost by imposing requirements not absolutely necessary to effect the purpose of those rules, we are prohibited from enlarging the time for perfecting an appeal in a civil case. *See Verburgt*, 959 S.W.2d at 616–17; TEX. R. APP. P. 2 (providing that appellate courts may not suspend a rule's operation or order a different procedure to alter the time for perfecting an appeal).

By letter of December 21, 2022, we notified S.E. that his notice of appeal appeared untimely and directed him to show how we have jurisdiction over the appeal by January 3, 2023. To date, S.E. has neither filed a response nor had any further communication with this Court.

Because S.E.'s late notice of appeal failed to invoke the jurisdiction of this Court, we dismiss her appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Per Curiam